Patrick D. Robbins (State Bar No. 152288)
Mikael A. Abye (State Bar No. 233458)
Jason B. Allen (State Bar No. 251759)
SHEARMAN & STERLING LLP
Four Embarcadero Center, Suite 3800
San Francisco, CA 94111-5994
Telephone:   (415) 616-1100
Facsimile:   (415) 616-1199
Email:   probbins@shearman.com
 mabye@shearman.com
 jallen@shearman.com

Attorneys for Defendant Ethan Berry

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ETHAN BERRY,<br><br>Defendant. | Case No. CR-08-00233 DLJ<br><br>STIPULATION AND [] ORDER <u>REGARDING DATE OF SURRENDER</u> |

This Stipulation is entered into by and among Defendant Ethan Berry and Plaintiff United States of America, through their respective attorneys of record.

WHEREAS, on December 11, 2009, a jury found Mr. Berry guilty of Social Security fraud in violation of 42 U.S.C. § 408(a)(5);

WHEREAS, on July 9, 2010, this Court sentenced Mr. Berry to a term of four months of imprisonment, to be followed by three years of supervised release, and imposed a $100 special assessment and $53,541 restitution;

WHEREAS, on July 26, 2010, Mr. Berry filed a timely notice of appeal to the United States Court of Appeals for the Ninth Circuit;

WHEREAS, by order of this Court, Mr. Berry has remained out of custody and in compliance with his Pretrial conditions pending determination of his appeal;

WHEREAS, on June 12, 2012, the Ninth Circuit entered judgment affirming Mr. Berry's conviction;

WHEREAS, on November 21, 2012, the Ninth Circuit denied Mr. Berry's petition for en banc consideration;

WHEREAS, on November 30, 2012, the Ninth Circuit issued the formal mandate taking into effect its judgment of June 12, 2012;

WHEREAS, on December 11, 2012, this Court issued an order that Mr. Berry surrender to the United States Bureau of Prisons ("BOP") or to the United States Marshal Service on or before January 7, 2013;

WHEREAS, the Parties have met and conferred regarding Mr. Berry's date of surrender, in which defendant submitted that if Mr. Berry surrenders prior to his designation to a BOP facility, he is likely to be housed at Alameda County Jail rather than in a BOP facility for some or all of his four-month sentence;

THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE, with the Court's permission, that the deadline by which Mr. Berry must surrender to the BOP or to the United States Marshal Service be extended forty-five (45) days from the current date of January 7, 2013, to and including February 21, 2013.

|   |   |   |
|---|---|---|
| | | Respectfully submitted, |
| Dated: | December 21, 2012 | MELINDA HAAG<br>United States Attorney |
| | | _____/s/ Christina McCall_____<br>Christina McCall<br>Assistant United States Attorney |
| Dated: | December 21, 2012 | SHEARMAN & STERLING LLP |
| | | _____/s/ Patrick D. Robbins_____<br>Patrick D. Robbins<br>Attorney for Defendant Ethan Berry |

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

I, Patrick D. Robbins, attest that concurrence in the filing of this document has been obtained from all signatories.

|   |   |   |
|---|---|---|
| Dated: | December 21, 2012 | SHEARMAN & STERLING LLP |
| | | _____/s/ Patrick D. Robbins_____<br>Patrick D. Robbins<br>Attorney for Defendant Ethan Berry |

1 **[] ORDER**

For the reasons set forth above, and based on counsel's representations, IT IS HEREBY ORDERED that the deadline by which Mr. Berry must surrender to the United States Bureau of Prisons or to the United States Marshal Service is extended forty-five (45) days from the current date of January 7, 2013, to and including **February 21, 2013**.

**IT IS SO ORDERED.**

Dated: FBH_____, 2015

*Lucy H. Koh* ╫

Honorable D. Lowell Jensen
United States District Judge